U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Keith Finton Batts
Docket No.: 3:06-00097-01

TO: The Honorable Todd J. Campbell, U.S. District Judge

On December 8, 2005, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 258 | 2 | baggies of marijuana (roaches) |

Thank you for your time and consideration in this matter.

Approved: _____[signature]_____
The Honorable Todd J. Campbell
U.S. District Judge